United States District Court
Southern District of Texas

**ENTERED**

March 23, 2026

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

ANSWAR SANDAL ATEEM JOKO,          §
                                   §
        Petitioner,                §
                                   §
VS.                                §    CIVIL ACTION NO. 5:25-CV-280
                                   §
WARDEN, WEBB COUNTY DETENTION      §
CENTER, *et al.*,                  §
                                   §
        Respondents.               §

## ORDER

On March 19, 2026, Petitioner filed a Notice of Voluntary Dismissal Without Prejudice. (Dkt. No. 18). In the notice, Petitioner states that the dismissal is "[p]ursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i)". (Dkt. No. 18 at 1). Rule 41(a)(1)(A)(i) provides that a Plaintiff may voluntarily dismiss a case without prejudice by filing a notice of dismissal "before the opposing party serves either an answer or a motion for summary judgment". *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Here, respondents filed an answer on January 8, 2026. (Dkt. No. 12). Thus, Rule 41(a)(1)(A)(i) is unavailable to Petitioner as a mode of dismissal.

Based on the foregoing, the Court hereby **STRIKES** Petitioner's Notice of Voluntary Dismissal Without Prejudice. (Dkt. No. 18). If Petitioner wants to dismiss the case, he must either file a stipulation of dismissal signed by all parties who have appeared under Rule 41(a)(1)(A)(ii) or request a court order under Rule 41(a)(2) in the form of a proper motion that complies with the local rules of the Southern District of Texas.

It is so **ORDERED**.

**SIGNED** on March 23, 2026.

Brian C. Bajew
United States Magistrate Judge